UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                                                 CASE NO. 18-31743
IAN MICHAEL WESTPHAL,                  Chapter 7
      Debtor.

## PRELIMINARY INVENTORY REPORT
## AND REQUEST FOR NOTICE TO CREDITORS

Comes now Gary D. Boyn, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above-captioned Debtor.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory; specifically, I have requested copies of the Debtor's 2018 tax returns; once reviewed I will determine if I have a claim to any of the refunds.

3. The above monies will be deposited in a certain account at Rabobank, N.A.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

                                                                                Respectfully Submitted,

Dated: October 29, 2018                              /s/ Gary D. Boyn
                                                                                Gary D. Boyn, Trustee
                                                                                121 W. Franklin St., Suite 400
                                                                                Elkhart, IN 46516
                                                                                (574) 294-7491

## CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 29th day of October, 2018:

U.S. Trustee's Office:                         USTPRegion10.SO.ECF@usdoj.gov
Kenneth L. Fugate:                            Fugate.ecf@gmail.com

                                                                                /s/ Gary D. Boyn

ajw/drafts/Westphall-preinvrept/gdb/bas